IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:09-CR-00345 |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| GREGORY ALAN MORTON | : | (Electronically Filed) |
| | : | |

**CERTIFICATE OF NON-CONCURRENCE**

I, Thomas A. Thornton of the Federal Public Defender's Office, does hereby certify that on this date Assistant United States Attorney Frederick E. Martin did not concur in the foregoing Motion in Limine.

Date: June 14, 2010            /s/ *Thomas A. Thornton*
                               THOMAS A. THORNTON, ESQUIRE
                               Asst. Federal Public Defender
                               Attorney ID# PA44208
                               100 Chestnut Street, Suite 306
                               Harrisburg, PA 17101
                               Tel. No. (717) 782-2237
                               Fax No. (717) 782-3881
                               <*thomas_thornton@fd.org*>
                               *Attorney for Gregory Alan Morton*