IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:09-CR-00345 |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| GREGORY ALAN MORTON | : | (Electronically Filed) |
| | : | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2010, upon consideration of the within Motion in Limine, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. .

By the Court:

_____
JOHN E. JONES, III
UNITED STATES DISTRICT COURT JUDGE